**Tyler Gilman**
Acting Chief
U.S. Probation Officer

**Brian Farren**
Deputy Chief
U.S. Probation Officer



Russell E. Smith Courthouse
P.O. Box 7675
201 East Broadway
Missoula, MT 59807
Phone: 406-542-7100
Fax 406-542-7119
www.mtp.uscourts.gov

**United States Probation
District of Montana**

November 25, 2019



**RE: Brandy Sue Burkowski
CR 12-14-M-DWM-3
Request for International Travel**

Dear Judge Molloy:

On October 19, 2012, the defendant appeared for sentencing after having pled guilty to the offense of Conspiracy to Distribute Methamphetamine. The offense involved the defendant's participation in a large conspiracy to distribute methamphetamine throughout Northwest Montana. The defendant was sentenced to 66 months custody, followed by 5 years of supervised release. Her sentence was later reduced to 58 months pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. The defendant began the current term of supervised release on March 3, 2016.

The defendant is requesting to travel to Puerto Vallarta, Mexico, for a family vacation from December 7, 2019, through December 14, 2019. The defendant plans to travel with two of her daughters and numerous other family members, and provided the following statement in support of her request:

> *My daughter just turned 16 and I wanted to give her an experience she will never forget. Since I missed a huge part of her life I always feel I am trying to make up for it by creating memories that if anything will make those years without me a little less dark. Shes always wanted to go to Mexico so we decided to make a vacation out of it. Now the whole family is going. I think all together there is 23 of us. We will be going to Puerto Vallarta at an all exclusive resort and staying there for a week. My grandma and granopa are getting older and my daughters will be going off to college soon and I d'ont know how much longer it will be until we are together again. My biggest reason for wanting to go is because I don't know how much longer any of us will be here and for me family is not simply an important thing it is everything. In all my life the only rock I know that stays steady, the only institution that works, is my family.*

The defendant has been generally compliant with the conditions of her supervised release since her term commenced in March of 2016. She tested positive for alcohol in October of 2016 and February of 2018, and admitted ingesting the synthetic substance Kratom in March of 2018. The defendant's only other instances of noncompliance have been three traffic citations. She has successfully completed a random drug testing program and maintains full time employment.

The undersigned officer supports the defendant's request as she has remained in compliance for the past 18 months, and this appears to be a positive and prosocial family event. It is respectfully recommended that the Court approve the defendant's request for international travel.

Respectfully submitted,

Tucker Hood
United States Probation Officer

---

## ORDER OF COURT

☐ Denied
☑ Approved
☐ Other

*Same conditions apply as if she was in the USA.*
*11-26-2019*
*Judge Molloy*

Donald W. Molloy
United States District Judge
November 26, 2019 12:15 P.M.
Date